52    631
Case 8
r169 NY 467

Martin J. McMahon v. New York News Publishing Company.— Motion denied, with ten dollars costs.

Fannie M. Weston, as Administratrix, etc., v. John Townshend.— Motion denied.

The Country Club Land Association, Respondent, v. Frederick Lohbauer, Individually and Another, Appellants.— Reargument ordered.

William H. N. Francis, Appellant, v. James D. Taylor, as Treasurer of the Wagner Palace Car Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the opinion of the court below. (Reported in 31 Misc. Rep. 187.)

Clara A. Englestoff, as Administratrix, etc., of Philip W. Englestoff, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion.

J. Hampden Dougherty, as Trustee, etc., Plaintiff and Respondent, v. John C. Thompson and Others, Appellants and Respondents. Same v. Same.— Reargument ordered.

Isabel G. Woodruff. Respondent, v. Amos Woodruff, Individually and as Trustee, etc., and Another, Impleaded with Others, Respondents, Appellants.— Reargument ordered.

Charles Albert Smith, as Ancillary Administrator, etc., of Caroline G. Smith, Deceased, Respondent, v. The Second National Bank of the City of New York, Appellant.— Judgment affirmed, with costs, on the authority of 70 Hun, 357.

Joseph Rosenzweig, Appellant, v. Estella F. Wood, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Thomas H. Beeckman, Respondent, v. The Bedford Quarries Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Francis Mahon, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion.

Rebecca M. Greve, Respondent, v. The New York Elevated Railroad Company and Another, Appellants.— Judgment modified by reducing the amount awarded for rental damages to $125 a year, thus reducing the judgment as entered to $1,664.04, and as modified affirmed, without costs to either party. No opinion.

Simon Sultan, as Trustee, etc., Respondent, v. Charles H. Klinge, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

David Dovale and Another, Respondents, v. Alice Miller, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

H. Randolph Whitman, Appellant, v. Holmes Publishing Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Claim of Marcella Buchanan, Executrix, etc., of Alexina S. Buchanan, Deceased, Appellant, v. Isaac N. Miller, an Attorney, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

New York Roofing Company, Respondent, v. James B. Smith and Others, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion.

Warren Chemical and Manufacturing Company, Appellant, v. James G. Smith, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Francis O. Blackwell and Others, as Directors of the A. D. Farmer & Son Type Founding Company. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Thaddeus K. Miller v. Janet Rudd and Others, Appellants, Impleaded with Others, Defendants, and Annie E. Cornell, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward A. Katz, Respondent, v. India Rubber Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Susan L. Vivian v. Sarah Crow et al.— Motion granted, with ten dollars costs. See memorandum.

John Flynn, as Administrator, v. Bernard J. Tinney.— Motion denied upon the terms suggested in respondent's memorandum.

John Jordan v. George H. Foster.— Motion granted, with ten dollars costs.

William D. Lutz v. Mary E. Lutz.— Motion granted unless appellant, within ten days, shall move in court below to open default.

Joseph D. Hart v. Samuel A. Phillips.— Motion granted, with ten dollars costs.

Watertown Paper Company and Another v. Josiah W. Place, Impleaded.— Motion denied, with ten dollars costs.

Stevens Voisin v. Providence Washington Insurance Company.— Motion denied, with ten dollars costs. Memorandum per Curiam.

Thomas F. Robertson v. Rockland Cemetery Improvement Company. Same v. Mary A. Stone. Same v. Sarah P. L. Whiton.— Motion granted, with ten dollars costs as to appeal attempted to be taken by second notice of appeal, and upon payment of ten dollars costs, leave granted to appellants to serve papers under the first notice of appeal.

The Mayor, etc., v. James McDermott.— Motion granted, with ten dollars costs.

Mary Sheehan v. Joanna McSorley.— Motion granted, with ten dollars costs.

Mary Sheehan v. Joanna McSorley.— Motion granted, with ten dollars costs.

Daniel J. Early v. James O'Brien, as Executor.— Motion for reargument denied. Memorandum per Curiam.

In the Matter of Ellen O'Brien, Deceased.— Motion denied upon payment of ten dollars costs.

---

## FOURTH DEPARTMENT, JUNE TERM, 1900.

52ii 681
a165a 48

Stephen K. Williams and Others, Respondents, v. Orville M. Barkley, Appellant, Impleaded with the New York Central and Hudson River Railroad Company.— Order reversed, with ten dollars costs and disbursements, and motion granted, without costs, upon the defendant's complying with the provisions of the order requiring him to either deposit the sum of $2,000 or file a bond in that sum. —Appeal from an order of the Monroe Special Term, entered in Wayne county March 31, 1900, denying a motion for an order directing the county treasurer of Monroe county to pay over to the appellant certain moneys held by said treasurer subject to the order of the court.—

PER CURIAM: The history of the litigation, of which the present action forms a part, covers a long period of time and involves a series of transactions between the parties thereto which are largely collateral to the original issues. The circumstances out of